UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD LITTLE,

    Plaintiff,

v.

AMCO INSURANCE COMPANY,

    Defendant.

No. 2:17-cv-00975-KJM-KJN

ORDER

Presently pending before the court is defendant's motion to compel and motion for fees, pursuant to Federal Rule of Civil Procedure Rule 37 and Local Rule 251(e). (ECF No. 14.) Plaintiff opposed this motion, and defendant replied. (ECF Nos. 15, 18.) This matter came on regularly for hearing on March 22, 2018, at 10:00 a.m. Appearing telephonically were Kathleen Anne Herdell, on behalf of plaintiff, and Sonia Martin, on behalf of defendant.

After carefully considering the briefing and the parties' oral argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 14) is GRANTED IN PART on the terms outlined in this order.

2. By April 16, 2018, plaintiff shall produce all outstanding documents, electronic files, videos, etc., responsive to defendant's Requests for Production of Documents, Set One, along with a representation that every responsive item in plaintiff's custody or

control has been provided.

3. Within the next 14 days, plaintiff and his attorney shall pay defendant $1000.00 for the time and cost incurred in bringing this motion.

IT IS SO ORDERED.

Dated: March 26, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

14/17-975.little.MTC order