UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD LITTLE,<br><br>Plaintiff,<br><br>v.<br><br>AMCO INSURANCE COMPANY, et al.,<br><br>Defendants. | No. 2:17-cv-00975 KJM KJN<br><br><br>ORDER |

On July 16, 2017, the court vacated the Mid-Litigation Conference and submitted this matter on the papers. The court adopts the proposed schedule set forth in the parties' July 12, 2018 Mid-Litigation Conference Statement as set forth below:

| | Current Deadline | Revised Deadline |
|---|---|---|
| Non-expert discovery cut-off | August 6, 2018 | December 3, 2018 |
| FRCP 26(a)(2) expert disclosures | August 24, 2018 | December 24, 2018 |
| FRCP 26(a)(2) rebuttal disclosures | September 14, 2018 | January 11, 2019 |
| Expert Discovery cut-off | November 2, 2018 | March 1, 2019 |
| Dispositive pre-trial motion hearing cut-off | December 7, 2018 | April 5, 2019 |

1

1 |        IT IS SO ORDERED.
2 | DATED: July 23, 2018.

_____
UNITED STATES DISTRICT JUDGE