KATHLEEN A. HERDELL (SBN 142836)
LAW OFFICES OF KATHLEEN A. HERDELL
340 McCormick Street, Suite C
St. Helena, CA 94574
Telephone: (707) 963-3800
Facsimile: (707) 963-2622
Email: kathleen@herdell.com

Attorneys for Plaintiff
CHAD LITTLE

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sonia.martin@dentons.com
mengmeng.zhang@dentons.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHAD LITTLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMCO INSURANCE COMPANY, AND DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00975-KJM-KJN<br><br>**STIPULATION AND ORDER REGARDING REMAINING PRETRIAL DEADLINES** |

Plaintiff Chad Little and Defendant AMCO Insurance Company, by and through their attorneys of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

- 1 -
Case No. 2:17-cv-00975-KJM-KJN　　　　　　　　　　STIPULATION AND ORDER REGARDING
REMAINING PRETRIAL DEADLINES

1   WHEREAS, plaintiff Chad Little is in the process of rebuilding his home and has not yet made a settlement demand because he is continuing to work on estimating what it will cost to complete the construction process;

WHEREAS, the parties wish to explore settlement without incurring litigation costs associated with a summary judgment motion that may be unnecessary;

WHEREAS, the parties wish to continue the dispositive pretrial motion hearing cut-off deadline by approximately 90 days to allow a reasonable period for the parties to explore informal resolution of the case;

IT IS HEREBY STIPULATED AND AGREED THAT the dispositive pretrial motion hearing cut-off should be continued from July 12, 2019 to October 18, 2019.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 14, 2019

LAW OFFICES OF KATHLEEN A. HERDELL

By /s/Kathleen A. Herdell
KATHLEEN A. HERDELL

Attorneys for Plaintiff CHAD LITTLE

Dated: May 14, 2019

DENTONS US LLP

By /s/Sonia Martin

SONIA MARTIN

Attorneys for Defendant
AMCO INSURANCE COMPANY

- 2 -

Case No. 2:17-cv-00975-KJM-KJN         STIPULATION AND ORDER REGARDING
                                       REMAINING PRETRIAL DEADLINES

# **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

The dispositive pretrial motion hearing cut-off is continued from July 12, 2019 to October 18, 2019.

IT IS SO ORDERED.

Dated: May 21, 2019.

_____
UNITED STATES DISTRICT JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000