KATHLEEN A. HERDELL (SBN 142836)
LAW OFFICES OF KATHLEEN A. HERDELL
340 McCormick Street, Suite C
St. Helena, CA 94574
Telephone: (707) 963-3800
Facsimile: (707) 963-2622
Email: kathleen@herdell.com

Attorneys for Plaintiff
CHAD LITTLE

SONIA MARTIN (SBN 191148)
MENGMENG ZHANG (SBN 280411)
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone: (415) 267-4000
Facsimile: (415) 267-4198
E-mail: sonia.martin@dentons.com
mengmeng.zhang@dentons.com

Attorneys for Defendant
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHAD LITTLE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMCO INSURANCE COMPANY, AND DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:17-cv-00975-KJM-KJN<br><br>**STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE AND REGARDING REMAINING PRETRIAL DEADLINES**<br><br>Date: May 5, 2020<br>Time: 9:00 a.m.<br>Judge: Magistrate Judge Kendall J. Newman |

Plaintiff Chad Little and Defendant AMCO Insurance Company, by and through their attorneys of record, hereby stipulate and agree as follows and respectfully request that the Court approve and give effect to their stipulation:

- 1 -

Case No. 2:17-cv-00975-KJM-KJN　　　　　　　　　STIPULATION AND ORDER REQUESTING
　　　　　　　　　　　　　　　　　　　　　　　　SETTLEMENT CONFERENCE AND REGARDING
　　　　　　　　　　　　　　　　　　　　　　　　REMAINING PRETRIAL DEADLINES

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

WHEREAS, the parties request that the Settlement Conference be calendared and held before Magistrate Judge Kendall J. Newman on May 5, 2020, at 9:00 a.m.;

WHEREAS, the requested date has been cleared with Judge Newman's chambers;

WHEREAS, the parties will concurrently file waivers of disqualification of settlement judge so that Judge Newman may conduct the Settlement Conference in this case;

WHEREAS, plaintiff Chad Little has been in the process of rebuilding his home and has not yet made a settlement demand because he is continuing to work on estimating what it will cost to complete the construction process;

WHEREAS, the parties wish to explore settlement through the Settlement Conference without incurring litigation costs associated with a summary judgment motion that may be unnecessary;

WHEREAS, the parties wish to continue the dispositive pretrial motion hearing cut-off deadline by approximately six weeks following the Settlement Conference to allow a reasonable period for the parties to further explore resolution of the case;

IT IS HEREBY STIPULATED AND AGREED THAT the Settlement Conference will be calendared and held before Magistrate Judge Kendall J. Newman on May 5, 2020, at 9:00 a.m.

IT IS FURTHER HEREBY STIPULATED AND AGREED THAT the dispositive pretrial motion hearing cut-off should be continued from April 30, 2020 to July 21, 2020.

**IT IS SO STIPULATED.**

Dated: March 6, 2020

Respectfully submitted,

LAW OFFICES OF KATHLEEN A. HERDELL

By  /*s*/ Kathleen A. Herdell
    KATHLEEN A. HERDELL
Attorneys for Plaintiff CHAD LITTLE

- 2 -

Case No. 2:17-cv-00975-KJM-KJN

STIPULATION AND ORDER REQUESTING SETTLEMENT CONFERENCE AND REGARDING REMAINING PRETRIAL DEADLINES

Dated: March 6, 2020  DENTONS US LLP

By     /s/ Sonia Martin
        SONIA MARTIN

Attorneys for Defendant
AMCO INSURANCE COMPANY

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: March 6, 2020        By     /s/ Sonia Martin
                                                           SONIA MARTIN

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED as follows:

A Settlement Conference will be calendared and held on May 5, 2020, at 9:00 a.m., before Magistrate Judge Kendall J. Newman.

The dispositive pretrial motion hearing cut-off is continued from April 30, 2020 to July 21, 2020.

IT IS SO ORDERED.

Dated: March 13, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
(415) 267-4000